IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DUKE UNIVERSITY and ALLERGAN SALES, LLC, and ALLERGAN, INC. §§§<br><br>*Plaintiffs* (except Allergan, Inc.) and *Counterclaim-Defendants,* §§§<br><br>v. §§<br><br>SANDOZ INC. and ALCON LABORATORIES, INC. §§§<br><br>*Defendants and Counterclaim-Plaintiff.* § | Civil Action No. 2:17-cv-00528-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR CLARIFICATION REGARDING SUPPLEMENTAL BRIEFING

Plaintiffs Duke University and Allergan Sales, LLC (collectively "Plaintiffs") and Defendants Sandoz Inc. and Alcon Laboratories, Inc. (collectively "Defendants"), respectfully request clarification of the Court's Order regarding supplemental briefing (Dkt. 100).

Pursuant to the Court's Order, the parties are to submit supplemental briefing on Defendants' Motion to Dismiss or Transfer Venue (Dkt. 69) within five (5) days of the Order. The Order is dated March 13, 2018 putting the deadline for supplemental briefing on Sunday, March 18, 2018. The parties believe that the deadline should roll to Monday, March 19, 2018 under the Federal Rules but request clarification from the Court.

If the Court believes the deadline does not roll, the parties respectfully request an extension until and including Monday, March 19, 2018 to file their supplemental briefing.

Dated: March 15, 2018                                     Respectfully submitted,

| | |
|---|---|
| By: */s/ Andrea Fair* <br> Jonathan E. Singer (CA Bar No. 187908) <br> singer@fr.com <br> LEAD ATTORNEY <br> 12390 El Camino Real <br> San Diego, CA 92130 <br> Telephone: 858-678-5070 <br> Facsimile: 858-678-5099 <br><br> Susan E. Morrison (DE Bar No. 4690) <br> morrison@fr.com <br> Kelly Allenspach Del Dotto (DE Bar No. 5969) <br> kad@fr.com <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 652-5070 <br> Facsimile: (302) 652-0607 <br><br> John M. Farrell (CA Bar No. No. 99649) <br> farrell@fr.com <br> **FISH & RICHARDSON P.C.** <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 <br> Telephone: (650) 839-5070 <br> Facsimile: (650) 839-5071 <br><br> Elizabeth M. Flanagan (MN Bar No. 0389293) <br> eflanagan@fr.com <br> Deanna J. Reichel (MN Bar No. 0326513) <br> reichel@fr.com <br> Trevor Woodage (MN Bar No. 0392562) <br> woodage@fr.com <br> 60 South Sixth Street, #3200 <br> Minneapolis, MN 55402 <br> Telephone: (612) 335-5070 <br> Facsimile: (612) 288-9696 <br><br> T. John Ward, Jr. <br> State Bar No. 00794818 <br> E-mail: jw@wsfirm.com <br> Wesley Hill <br> State Bar No. 24032294 <br> E-mail: wh@wsfirm.com <br> Claire Abernathy Henry <br> State Bar No. 24053063 <br> E-mail: claire@wsfirm.com | By: */s/ William E. Davis, III by permission Andrea Fair* <br> William E. Davis, III <br> Texas State Bar No. 24047416 <br> bdavis@bdavisfirm.com <br> THE DAVIS FIRM, PC <br> 213 N. Fredonia Street, Suite 230 <br> Longview, Texas 75601 <br> Telephone:  (903) 230-9090 <br> Facsimile:  (903) 230-9661 <br><br> *Of Counsel:* <br> Thomas J. Filarski <br> Robert F. Kappers <br> STEPTOE & JOHNSON LLP <br> 115 South LaSalle Street, Suite 3100 <br> Chicago, IL 60603 <br> Phone: (312) 577-1300 <br> Email: tfilarski@steptoe.com <br>      rkappers@steptoe.com <br><br> John J. Molenda <br> Vishal C. Gupta <br> Ryann M. Muir <br> STEPTOE & JOHNSON LLP <br> 1114 Avenue of the Americas <br> New York NY 10036 <br> Phone: (212) 506-3900 <br> Email: jmolenda@steptoe.com <br>      vgupta@steptoe.com <br>      rmuir@steptoe.com <br><br> Gretchen P. Miller <br> STEPTOE & JOHNSON LLP <br> 1330 Connecticut Avenue, NW <br> Washington, DC 20036 <br> Telephone:  (202) 429-6271 <br> Facsimile:  (202) 429-3902 <br> Email:  gmiller@steptoe.com <br><br> *Counsel for Defendants* <br> *Sandoz Inc. and Alcon Laboratories, Inc.* |

Andrea L. Fair
State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

*Counsel for Plaintiffs*
*Duke University and Allergan Sales, LLC*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service are being served with a true and correct copy of the foregoing by email on this 15th day of March, 2018.

    */s/ Andrea Fair*

3