IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **DUKE UNIVERSITY and ALLERGAN SALES, LLC, and ALLERGAN, INC.** | § § § | |
| *Plaintiffs* (except Allergan, Inc.) and *Counterclaim-Defendants,* | § § § § | Civil Action No. 2:17-cv-00528-JRG  **JURY TRIAL DEMANDED** |
| v. | § § | |
| **SANDOZ INC. and ALCON LABORATORIES, INC.** | § § § § | |
| *Defendants and Counterclaim-Plaintiff.* | § | |

## **ORDER**

CAME TO BE CONSIDERED the Joint Motion for Clarification with respect to supplemental briefing regarding Defendants' Motion to Dismiss or Transfer Venue (Dkt. 69).

It is ORDERED that the parties' deadline to file supplemental briefing is extended until and including March 19, 2018.